UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA E.K. JANCZUK,<br><br>                     Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | 24cv3426 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 14, 2024, order, this action is dismissed. The Court dismisses this action for lack of subject matter jurisdiction and as frivolous. See Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B)(i). All other pending matters in this case are terminated. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   November 18, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge